IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02832-STV

ERIC SABATINI,

    Plaintiff,

v.

EXTRACTION OIL & GAS, INC.,
THOMAS B. TYREE, JR.,
BENJAMIN DELL,
MORRIS CLARK,
CARRIE M. FOX,
CARNEY HAWKS,
MICHAEL WICHTERICH, and
HOWARD A. WILLARD, III,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Eric Sabatini ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

//

Dated: April 4, 2022

Respectfully submitted,

*/s/ Joshua R. Rubin*

**WEISSLAW LLP**
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: jrubin@weisslawllp.com

*Attorneys for Plaintiff*